UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 18 CR 733-1 |
| vs. | ) | Judge Manish S. Shah |
| | ) | |
| FREDERICK SEGAL, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO BE RELEASED ON BAIL

Now comes the defendant, FREDERICK SEGAL, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Court to order his release from custody and to be placed on pre-trial release with conditions to include OR bond ( to be set by the Court), report to Pre-trial Services as directed, permission to live with his daughter near Pittsburgh, Pennsylvania (to be discussed) and with any other conditions of pre-trial release that this Court deems appropriate.

In support of this Motion, the defendant states as follows:

1. On or about October 25, 2018, FREDERICK SEGAL was arrested at O'Hare International Airport and charged with possession with intent to deliver a controlled substance, namely heroin.

2. On October 26, 2018, the defendant appeared in court for his initial appearance and was ordered detained until further order of court.

3. On October 31, 2018, the defendant appeared in court for his detention hearing, and at the conclusion of the hearing, the defendant was ordered detained as a

flight risk. (A transcript of the hearing has been given to this Court.)

4. Subsequently, the defendant was charged in a two-count indictment with possession with intent to distribute a controlled substance, namely one kilogram or more an amount of heroin in violation of Title 21, USC Sec 841(a)(1) (Count 1), and importing into the United States from a place outside of the United States, namely, Belgium, a controlled substance, namely, one kilogram or more of an amount of heroin in violation of Title 21, USC, Sections 952(a) and 960(a)(1).

5. On May 15, 2019, pursuant to a written plea agreement, the defendant entered a plea of guilty to Count 1 of the indictment.

6. Sentencing has been scheduled for September 4, 2019.

7. Recently, defendant's family have advised him that his mother, Liddie Ann Segal, 96 years of age, has been placed in hospice care at her home in Hampton Township, Pittsburgh, Pennsylvania. She is dying of a major incurable lung ailment (cancer), and she has a heart condition. She is on oxygen and requires constant care. Doctors have advised that this is a terminal situation.

8. If released on bail, the defendant would live with his daughter, Adina Segal at her home at 771 Hartman Street, Meadville, Pennsylvania.

9. Adina Segal, age 32, is employed at a local bank.

10. Additionally, if the Court required, Adina Segal would be a third-party custodian for her father. Unfortunately, there is insufficient equity in her home for her to post anything for bail.

11. The defendant, FREDERICK SEGAL, desires to be with his mother before she

passes away. Adina Segal's house is approximately one and one-half hours from his mother's house. With his daughter's automobile, the defendant would be able to visit his mother daily.

WHEREFORE, the defendant, FREDERICK SEGAL, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Court to order his release from custody and to be placed on pre-trial release with conditions to include OR bond ( to be set by the Court), report to Pre-trial Services as directed, permission to live with his daughter near Pittsburgh, Pennsylvania (to be discussed) and with any other conditions of pre-trial release that this Court deems appropriate.

    Respectfully submitted,

    *s/ Gerald J. Collins*
    GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
900 Ogden Avenue #365
Downers Grove, IL 60515
(312) 641-1950